NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. FRANKLIN,**
*Claimant-Appellee*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**
*Respondent-Appellant*

---

2025-1793

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 21-5160, Senior Judge Mary J. Schoelen.

---

PER CURIAM.

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b), indicating that the Secretary of Veterans Affairs shall bear his own costs and that Michael P. Franklin "will not seek costs from this Court, but he intends to submit an application for attorney fees pursuant to the Equal Access to Justice Act at the U.S. Court of Appeals for Veterans Claims, to include any costs he bore in conjunction with this action," ECF No. 11 at 2,

2                                                      FRANKLIN v. COLLINS

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs for purposes of this appeal.

FOR THE COURT

November 14, 2025
          Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  November 14, 2025